RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/11/2010
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PENNY MORRIS AND JOHN MORRIS | CIVIL ACTION NO. 09-0854 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WYETH, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of Magistrate Judge Hayes previously filed herein [Doc. No. 107], and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 31] filed by Defendant Teva Pharmaceuticals USA, Inc., is GRANTED, and Plaintiffs' claims for punitive damages and attorney's fees, and all other claims **not** arising under the Louisiana Products Liability Act, are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against the remaining defendant, Pliva USA, Inc., for punitive damages and attorney's fees, and all other claims **not** arising under the Louisiana Products Liability Act, are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 11 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE