RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 3/23/10
BY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **PENNY MORRIS AND JOHN MORRIS** | **CIVIL ACTION NO. 09-0854** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WYETH, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

Pending before the Court is Defendant Wyeth, Inc. and Defendant Schwarz Pharma Inc.'s unopposed Joint Motion for Entry of Final Judgment [Doc. No. 113]. Considering the motion, the Court agrees with Defendants and finds there is no just reason for delay.

IT IS ORDERED that the motion is GRANTED, and the Court's November 23, 2009 Ruling and Judgment [Doc. Nos. 110 and 111] are certified as final. The Clerk is directed to enter final judgment in favor of Defendants Wyeth, Inc. and Schwarz Pharma Inc. only, pursuant to Federal Rule of Civil Procedure 54(b).

MONROE, LOUISIANA, this 23 day of March, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE